Jeffrey J. Hepworth, ISB No. 3455
J. Grady Hepworth, ISB No. 10364
HEPWORTH LAW OFFICES
2229 W. State Street
P.O. Box 2815
Boise, ID 83701-2815
Telephone: (208) 333-0702
Facsimile: (208) 246-8655
courtservice@idalawyer.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIERRNA BERG, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF BOISE, a political subdivision,<br><br>　　　　Defendant. | Case No. 1:20-cv-00164-CWD<br><br>**STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT** |

　　COMES NOW, the above-captioned parties, by and through their respective counsel of record, and request entry of final judgment pursuant to Fed. R. Civ. P. 68. Defendant City of Boise tendered an *Offer of Judgment* pursuant to Fed. R. Civ. P. 68 in the amount of $400,000.00 on April 6, 2022. Plaintiff Sierrna Berg timely accepted the offer on April 19, 2022.

　　The parties further stipulate that the accepted offer of judgment represents $100,000.00 in lost wages and back pay, and $300,000.00 in non-economic damages, emotional distress, mental anguish, injuries, court costs, and attorneys' fees. The parties request judgment be promptly entered accordingly.

DATED this 3rd day of May, 2022.

                        HEPWORTH LAW OFFICES

                        By /s/ *J. Grady Hepworth*
                             Jeffrey J. Hepworth
                             J. Grady Hepworth
                             *Attorneys for Plaintiff*

                        JONES WILLIAMS FUHRMAN GOURLEY, PA

                        By /s/ *Daniel E. Williams*
                             Daniel E. Williams
                             Erika R. Judd
                             *Attorneys for City of Boise*

## CERTIFICATE OF SERVICE

The undersigned, a resident attorney of the State of Idaho, with offices at 2229 W. State Street, Boise, Idaho, certifies that on the 3rd day of May, 2022, he caused a true and correct copy of the <u>STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT</u> to be forwarded with all required charges prepaid, by the method(s) indicated below, to the following:

| | | |
|---|---|---|
| JAYME B. SULLIVAN | Hand Delivered | \_\_\_\_\_ |
| Boise City Attorney | U.S. Mail | \_\_\_\_\_ |
| SCOTT B. MUIR | Fax | \_\_\_\_\_ |
| Deputy City Attorney | Fed. Express | \_\_\_\_\_ |
| KIMBERLY E. SMITH | ECF/Email | \_\_X\_\_ |
| Deputy City Attorney | | |
| CITY OF BOISE | | |
| OFFICE OF THE CITY ATTORNEY | | |
| P.O. Box 500 | | |
| Boise, ID 83701-0500 | | |
| Telephone: (208) 608-7950 | | |
| E-mail: BoiseCityAttorney@cityofboise.org | | |

| | | |
|---|---|---|
| ERIKA R. JUDD | | |
| DANIEL E. WILLIAMS | | |
| Jones Williams Fuhrman Gourley, PA | Hand Delivered | \_\_\_\_\_ |
| 225 North 9th Street, Ste 820 | U.S. Mail | \_\_\_\_\_ |
| Boise, Idaho 83701 | Fax | \_\_\_\_\_ |
| Telephone: 208.331.1170 | Fed. Express | \_\_\_\_\_ |
| Facsimile: 208.331.1529 | ECF/Email | \_\_X\_\_ |
| ejudd@idalaw.com | | |
| dwilliams@idalaw.com | | |

/s/ *J. Grady Hepworth*
J. Grady Hepworth

STIPULATED MOTION FOR ENTRY OF FINAL JUDGMENT
- 3