ERIKA P. JUDD (ISB 8241)
DANIEL E. WILLIAMS (ISB 3920)
JONES WILLIAMS FUHRMAN GOURLEY, P.A.
225 North 9th Street, Suite 820
Post Office Box 1097
Boise, Idaho 83701
Telephone: 208-331-1170
Facsimile: 208-331-1529
Email: *ejudd@idalaw.com*
      *dwilliams@idalaw.com*

KIMBERLY E. SMITH
Deputy City Attorney
CITY OF BOISE
OFFICE OF THE CITY ATTORNEY
P.O. Box 500
Boise, ID 83701-0500
Telephone: (208) 608-7950
Idaho State Bar No.: 4229 and 9150
E-mail: *BoiseCityAttorney@cityofboise.org*

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIERRNA BERG, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BOISE POLICE DEPARTMENT, a governmental entity, CITY OF BOISE, a political subdivision,<br><br>    Defendants. | Case No.: 1:20-cv-00164-CWD<br><br>**OFFER OF JUDGMENT** |

    Pursuant to Rule 68, Fed. R. Civ. P., Defendants hereby offer to allow Judgment to be entered against them in this action in the amount of $400,000.00, including all of Plaintiff's

OFFER OF JUDGMENT - 1

claims for relief and inclusive of attorney's fees and costs. This offer of judgment is made for the purposes specified in Rule 68, Fed. R. Civ. P., and is not to be construed as either an admission that Defendants, or any one of them, are liable in this action or that the Plaintiff has suffered any damage. This Offer of Judgment shall not be filed with the Court unless (a) it is accepted or (b) in a proceeding to determine costs.

      DATED this 6th day of April, 2022.

      JONES WILLIAMS FUHRMAN GOURLEY, P.A.

      */s/ Daniel E. Williams*
      Daniel E. Williams, Of the Firm
      Attorneys for Defendants

OFFER OF JUDGMENT - 2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th day of April, 2022, I served the foregoing electronically via email to the following:

| | |
|---|---|
| J. Grady Hepworth | *ghepworth@idalawyer.com* |
| Jeffrey J. Hepworth | *jhepworth@idalawyer.com* |
| Kimberly E. Smith | *boisecityattorney@cityofboise.org* |

       */s/ Daniel E. Williams* _____
       Daniel E. Williams