Jeffrey J. Hepworth, ISB No. 3455
J. Grady Hepworth, ISB No. 10364
HEPWORTH LAW OFFICES
2229 W. State Street
P.O. Box 2815
Boise, ID 83701-2815
Telephone: (208) 333-0702
Facsimile: (208) 246-8655
courtservice@idalawyer.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIERRNA BERG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF BOISE, a political subdivision,<br><br>Defendant. | Case No. 1:20-cv-00164-CWD<br><br>**PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT** |

COMES NOW, the Plaintiff, Sierrna Berg, by and through her counsel of record, Hepworth Law Offices, and hereby accepts Defendant's *Offer of Judgment* in the amount of $400,000.00 served on April 6, 2022 pursuant to Fed. R. Civ. P. 68.

DATED this 19th day of April, 2022.

HEPWORTH LAW OFFICES

By  /s/ *J. Grady Hepworth*
    Jeffrey J. Hepworth
    J. Grady Hepworth
    *Attorneys for Plaintiff*

PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT
 - 1

CERTIFICATE OF SERVICE

The undersigned, a resident attorney of the State of Idaho, with offices at 2229 W. State Street, Boise, Idaho, certifies that on the 19th day of April, 2022, he caused a true and correct copy of the PLAINTIFF'S ACCEPTANCE OF OFFER OF JUDGMENT to be forwarded with all required charges prepaid, by the method(s) indicated below, to the following:

| | | |
|---|---|---|
| JAYME B. SULLIVAN<br>Boise City Attorney<br>SCOTT B. MUIR<br>Deputy City Attorney<br>KIMBERLY E. SMITH<br>Deputy City Attorney<br>CITY OF BOISE<br>OFFICE OF THE CITY ATTORNEY<br>P.O. Box 500<br>Boise, ID 83701-0500<br>Telephone: (208) 608-7950<br>E-mail: BoiseCityAttorney@cityofboise.org | Hand Delivered<br>U.S. Mail<br>Fax<br>Fed. Express<br>ECF/Email | _____<br>_____<br>_____<br>_____<br>__X__ |
| ERIKA R. JUDD<br>DANIEL E. WILLIAMS<br>Jones Williams Fuhrman Gourley, PA<br>225 North 9th Street, Ste 820<br>Boise, Idaho 83701<br>Telephone: 208.331.1170<br>Facsimile: 208.331.1529<br>ejudd@idalaw.com<br>dwilliams@idalaw.com | Hand Delivered<br>U.S. Mail<br>Fax<br>Fed. Express<br>ECF/Email | _____<br>_____<br>_____<br>_____<br>__X__ |

                                                           /s/ *J. Grady Hepworth*
                                                                    J. Grady Hepworth