UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SIERRNA BERG, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF BOISE, a political subdivision,<br><br>　　　　　Defendant. | Case No. 1:20-cv-00164-CWD<br><br>**FINAL JUDGMENT** |

　　　Pursuant to Rule 68 of the Federal Rules of Civil Procedure and based upon the accepted offer of judgment and stipulation of the parties, and stipulation that judgment shall represent $100,000.00 in back pay and $300,000.00 in non-economic damages, emotional distress, mental anguish, injuries, court costs, and attorneys' fees;

　　　**JUDGMENT IS HEREBY ENTERED** in favor of Plaintiff, SIERRNA BERG and against Defendant CITY OF BOISE in the total amount of Four Hundred Thousand Dollars ($400,000.00).

DATED: May 05, 2022

_Candy W. Dale_
Candy W. Dale
U.S. Magistrate Judge

FINAL JUDGMENT-1